GEOFFREY S. BERMAN
United States Attorney for
the Southern District of New York
By: AMANDA F. PARSELS
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2780
Facsimile: (212) 637-2750
Email: amanda.parsels@usdoj.gov

**SO ORDERED:**
Plaintiff is directed to respond to this motion by March 3, 2020.

_____ 2-18-2020
JUDITH C. McCARTHY
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA THOMAS,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | **NOTICE OF MOTION**<br><br>No. 18-cv-11806 (NSR) (JCM) |

    PLEASE TAKE NOTICE that, upon the pleadings and the accompanying memorandum of law, the defendant, by his attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, will move this Court, before the Hon. Judith C. McCarthy, United States Magistrate Judge, United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150, for an order transferring this action to the United States District Court for the Middle District of Pennsylvania pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a).

    PLEASE TAKE FURTHER NOTICE that this motion is made on submission and no argument shall be heard unless the Court orders otherwise.